# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 1056

VERSUS

DEDRICK LEE                                    **DECEMBER 1, 2022**

---

In Re:    State of Louisiana, applying for supervisory writs,
          20th Judicial District Court, Parish of East
          Feliciana, Nos. 21-CR-869, 21-CR-870.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

   **WRIT DENIED.**

                          **JMG**
                          **EW**

   **Whipple, C.J.,** dissents.

COURT OF APPEAL, FIRST CIRCUIT

*a.Sn*
_____
DEPUTY CLERK OF COURT
     FOR THE COURT